UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGITTE STELZER,

                              Plaintiff,

                    -v-

SB NEW YORK, INC.,

                              Defendant.

20-CV-2596 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 9, 2020, Plaintiff obtained a clerk's certificate of default in this case.

(Dkt. No. 10.)  To date, no further filings have appeared on ECF.  Accordingly, on or before

October 13, 2020, Plaintiff file a motion for default judgment in compliance with the following

procedure:

> 1. Serve and file a motion for default judgment, with the supporting materials as laid out in this Court's individual practices, available at nysd.uscourts.gov/hon-j-paul-oetken.

> 2. File an affidavit of service within fourteen days of filing the motion for default judgment; if more time is required, Plaintiff should file a letter on ECF explaining why additional time is necessary and when Plaintiff anticipates service will be completed.

SO ORDERED.

Dated: September 25, 2020
       New York, New York

_____
              J. PAUL OETKEN
         United States District Judge