UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIDGET STELZER<br><br>         Plaintiff,<br><br>- against -<br><br>SB NEW YORK, INC.<br><br>         Defendant. | Docket No. 1:20-cv-02596-JPO |

**DEFAULT JUDGMENT**

  **WHEREAS,** this matter came before the Court on plaintiff Bridget Stelzer ("Plaintiff")'s motion for entry of a default judgment against defendant SB New York, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

  **WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $10,000.00 in statutory damages under 17 U.S.C. § 1202(b)(3); $722.50 in attorneys' fees and $440.00 costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

  **WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment.

  **THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for Entry of Default Judgment is GRANTED IN PART pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $1,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $3,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B); it is

**FURTHER ORDERED** that Defendant shall pay $722.50 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  December 1, 2020         **SO ORDERED.**
New York, New York

_____
J. PAUL OETKEN
United States District Judge